UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Derrick Lee Smith, | ) | |
| --- | --- | --- |
|     Plaintiff, | ) | |
| | ) | No. 1:17-cv-618 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| Anthony Goulet, et al., | ) | |
|     Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Court's Order (ECF No. 50), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** August 6, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge